AO 120 (Rev. 2/99)

| TO: | **Mail Stop 8** <br> **Director of the U.S. Patent & Trademark Office** <br> **P.O. Box 1450** <br> **Alexandria, VA 22313-1450** | **REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK** |
|---|---|---|

In Compliance with 35 § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court <u>Northern District California</u> on the ☐ Patents or ✔ Trademarks:

| DOCKET NO. <br> CV 16-07403 JCS | DATE FILED <br> 12/30/2016 | U.S. DISTRICT COURT <br> 450 Golden Gate Avenue, 16th Floor, San Francisco CA 94102 |
|---|---|---|
| PLAINTIFF <br> LIFE ON AIR, INC. | | DEFENDANT <br> CHATHOUSE INC. |

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 | | ***see attach Complaint*** |
| 2 | | |
| 3 | | . |
| 4 | | |
| 5 | | |

In the above—entitled case, the following patent(s) have been included:

| DATE INCLUDED | INCLUDED BY ☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | |
|---|---|---|
| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | . |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

DECISION/JUDGEMENT

| CLERK <br> SUSAN Y. SOONG | (BY) DEPUTY CLERK <br> GINA AGUSTINE | DATE <br> January 4, 2017 |
|---|---|---|

**Copy 1—Upon initiation of action, mail this copy to Commissioner      Copy 3—Upon termination of action, mail this copy to Commissioner**
**Copy 2—Upon filing document adding patent(s), mail this copy to Commissioner      Copy 4—Case file copy**