POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:<br>ERIC BALL | SBN: 241327<br>FENWICK & WEST LLP<br>801 CALIFORNIA STREET  MOUNTAIN VIEW, CA 94041 | FOR COURT USE ONLY |
|---|---|
| TELEPHONE NO.: (650) 988-8500 | FAX NO. (650) 938-5200 | E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: LIFE ON AIR, INC.: | |

| UNITED STATES DISTRICT COURT |
|---|
| STREET ADDRESS: 450 GOLDEN GATE #1111 |
| MAILING ADDRESS: |
| CITY AND ZIP CODE: SAN FRANCISCO, CA 94102 |
| BRANCH NAME: NORTHERN DISTRICT |

| PLAINTIFF: LIFE ON AIR, INC. | CASE NUMBER: |
|---|---|
| DEFENDANT: CHATHOUSE INC. | 3:16-CV-07403 |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☑ Summons
   b. ☑ Complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☑ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ Cross-complaint
   f. ☑ other *(specify documents):* See attached Document List
3. a. Party served *(specify name of party as shown on documents served):*
   **CHATHOUSE INC.**

   b. ☑ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*
   **SURESH SASTRY - AGENT FOR SERVICE**

4. Address where the party was served: **1949 Otis Dr**
   **Alameda, CA 94501-5630**

5. I served the party *(check proper box)*
   a. ☐ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):*  (2) at *(time):*

   b. ☑ **by substituted service.** On *(date):* 1/11/2017 at *(time):* 2:53 PM I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3b):*
   **JANE DOE - RESIDENT OF HOUSEHOLD**
   Age: 40's       Weight:          Hair: BLACK      Sex: Female
   Height: 5'6    Race: INDIAN

   (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him of her of the general nature of the papers.

   (2) ☑ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him of her of the general nature of the papers.

   (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on
   *(date):*  from *(city):* , CA                 or ☑ a declaration of mailing is attached.

   (5) ☑ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

**JPL Process Service, LLC**
PO Box 918
Midway City, CA 92655
Phone: (866) 754-0520   Fax: (866) 684-4815

Continued from Proof of Service

**CLIENT:** FENWICK & WEST LLP

**CLIENT FILE #:**                                           **DATE:** January 12, 2017

**SUBJECT:** CHATHOUSE INC.

**SERVED:** JANE DOE - RESIDENT OF HOUSEHOLD

PLAINTIFF LIFE ON AIR, INC.'S CORPORATE DISCLOSURE STATEMENT AND
CERTIFICATE OF INTERESTED PARTIES; ORDER SETTING INITIAL CASE
MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDER FOR ALL
JUDGES; CONSENTING TO THE JURISDICTION OF A MAGISTRATE JUDGE; ECF
REGISTRATION INFORMATION; CIVIL STANDING ORDERS FOR MAGISTRATE JUDGE
JOSEPH C. SPERO; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES
MAGISTRATE JUDGE FOR TRIAL; CONSENT OR DECLINATION TO MAGISTRATE
JUDGE JURISDICTION; FILING PROCEDURES (SAN FRANCISCO)



| PETITIONER: LIFE ON AIR, INC. | CASE NUMBER: |
|---|---|
| RESPONDENT: CHATHOUSE INC. | 3:16-CV-07403 |

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date)*:                          (2) from *(city)*:

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section)*:

☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

a. ☐ as an individual defendant.
b. ☐ as the person sued under the fictitious name of *(specify)*:
c. ☐ as occupant.
d. ☑ On behalf of *(specify)*: **CHATHOUSE INC.**
    under the following Code of Civil Procedure section:

    ☑ 416.10 (corporation)                           ☐ 415.95 (business organization, form unknown)
    ☐ 416.20 (defunct corporation)                    ☐ 416.60 (minor)
    ☐ 416.30 (joint stock company/association)  ☐ 416.70 (ward or conservatee)
    ☐ 416.40 (association or partnership)        ☐ 416.90 (authorized person)
    ☐ 416.50 (public entity)                          ☐ 415.46 (occupant)
                                                                                             ☐ other:

7. **Person who served papers**
    a. Name: **GERRY YSIP - JPL Process Service, LLC**
    b. Address: **PO Box 918 Midway City, CA 92655**
    c. Telephone number: **(866) 754-0520**
    d. The fee for service was: $ **275.00**
    e. I am:

        (1) ☐ not a registered California process server.
        (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
        (3) ☑ registered California process server:
            (i) ☐ owner    ☐ employee    ☑ Independent contractor.
            (ii) Registration No.: **1390**
            (iii) County: **ALAMEDA**

8. ☑ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   or
9. ☐ I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: **1/12/2017**

**JPL Process Service, LLC
PO Box 918
Midway City, CA 92655 | (866) 754-0520**

_____**GERRY YSIP**_____       ▶    _____(SIGNATURE)_____
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address)<br>ERIC BALL \| SBN: 241327<br>FENWICK & WEST LLP<br>801 CALIFORNIA STREET  MOUNTAIN VIEW, CA 94041 | FOR COURT USE ONLY |
|---|---|
| TELEPHONE NO.: (650) 988-8500 \| FAX NO. (650) 938-5200 \| E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): LIFE ON AIR, INC.: | |
| UNITED STATES DISTRICT COURT<br>STREET ADDRESS: 450 GOLDEN GATE #1111<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: SAN FRANCISCO, CA 94102<br>BRANCH NAME: NORTHERN DISTRICT | |
| PLAINTIFF/PETITIONER: LIFE ON AIR, INC.<br>DEFENDANT/RESPONDENT: CHATHOUSE INC. | CASE NUMBER:<br>3:16-CV-07403 |
| DECLARATION OF DILIGENCE | Ref. No. or File No.: |

I, GERRY YSIP, declare: I am a Registered Process Server and was retained to serve process in the above-referenced matter on the following person or entity: CHATHOUSE INC. as follows:
Documents:
**See Documents on Attached List**

I attempted personal service on the following dates and times with the following results:

| Date | Time | Location | Results |
|---|---|---|---|
| 1/5/2017 | 2:20 PM | Home | ONE CAR IN FRONT. NO ANSWER.<br>1949 Otis Dr, Alameda, CA 945015630 |
| 1/5/2017 | 6:21 PM | Home | CAR HAS NOT MOVED. NO RESPONSE.<br>1949 Otis Dr, Alameda, CA 945015630 |
| 1/6/2017 | 6:00 AM | Home | CAR MAY HAVE MOVED BUT IS IN THE SAME SPOT. REFUSED TO OPEN DOOR.<br>1949 Otis Dr, Alameda, CA 945015630 |
| 1/6/2017 | 7:07 PM | Home | LIGHTS ON. REFUSED TO COME TO THE DOOR. SPOKE OVER INTERCOM AGAIN.<br>1949 Otis Dr, Alameda, CA 945015630 |
| 1/7/2017 | 8:22 AM | Home | NO ANSWER AT THE DOOR. ONE CAR IN FRONT.<br>1949 Otis Dr, Alameda, CA 945015630 |
| 1/7/2017 | 8:33 PM | Home | LIGHTS ON. CAR GONE.<br>1949 Otis Dr, Alameda, CA 945015630 |
| 1/8/2017 | 7:00 AM | Home | CAR IN FRONT. LIGHT CAME ON BUT NO ONE CAME TO THE DOOR. NO ONE SAID ANYTHING OVER THE INTERCOM.<br>1949 Otis Dr, Alameda, CA 945015630 |
| 1/11/2017 | 2:53 PM | Home | A WOMAN ANSWERED THE DOOR AND DID NOT WANT TO ACCEPT SERVICE. SUB SERVED THE DOCUMENTS TO HER.<br>1949 Otis Dr, Alameda, CA 945015630 |

**Continued on Next Page**

**AFFIDAVIT OF REASONABLE DILIGENCE**

Order#: 119561

| PLAINTIFF/PETITIONER: LIFE ON AIR, INC. | CASE NUMBER: |
| DEFENDANT/RESPONDENT: CHATHOUSE INC. | 3:16-CV-07403 |

Hearing Date:
Hearing Time:
Room:
Dept/Div:

### Continued from Previous Page

| 1/11/2017 | 2:53 PM | Home | Substituted service on: CHATHOUSE INC.; 1949 Otis Dr, Alameda, CA 94501-5630; by serving: JANE DOE - RESIDENT OF HOUSEHOLD, INDIAN Female 40's BLACK 5'6 . |

Fee for Service:I$



County: **ALAMEDA**
Registration No.: **1390**
**JPL Process Service, LLC**
**PO Box 918**
**Midway City, CA 92655**
**(866) 754-0520**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on January 12, 2017.

Signature: _____

**JPL Process Service, LLC**
PO Box 918
Midway City, CA 92655
Phone: (866) 754-0520   Fax: (866) 684-4815

Continued from Proof of Service

**CLIENT:** FENWICK & WEST LLP

**CLIENT FILE #:**

**DATE:** January 12, 2017

**SUBJECT:** CHATHOUSE INC.

**SERVED:** JANE DOE - RESIDENT OF HOUSEHOLD

Summons; Complaint; Civil Case Cover Sheet (served in complex cases only); PLAINTIFF LIFE ON AIR, INC.'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED PARTIES; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDER FOR ALL JUDGES; CONSENTING TO THE JURISDICTION OF A MAGISTRATE JUDGE; ECF REGISTRATION INFORMATION; CIVIL STANDING ORDERS FOR MAGISTRATE JUDGE JOSEPH C. SPERO; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL; CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION; FILING PROCEDURES (SAN FRANCISCO);



| Attorney or Party without Attorney:<br>ERIC BALL, SBN: 241327<br>FENWICK & WEST LLP<br>801 CALIFORNIA STREET<br>MOUNTAIN VIEW, CA 94041<br>TELEPHONE No.: (650) 988-8500     E-MAIL ADDRESS (Optional):<br>FAX No. (Optional): (650) 938-5200<br>Attorney for: LIFE ON AIR, INC. | FOR COURT USE ONLY |
|---|---|
| Ref No. or File No.: | |

| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT - NORTHERN DISTRICT |
|---|
| Plaintiff: LIFE ON AIR, INC. |
| Defendant: CHATHOUSE INC. |

| PROOF OF SERVICE BY MAIL | HEARING DATE: | TIME: | DEPT.: | CASE NUMBER:<br>3:16-CV-07403 |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occured.

2. I served copies of the Summons; Complaint; Civil Case Cover Sheet (served in complex cases only); PLAINTIFF LIFE ON AIR, INC.'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED PARTIES; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDER FOR ALL JUDGES; CONSENTING TO THE JURISDICTION OF A MAGISTRATE JUDGE; ECF REGISTRATION INFORMATION; CIVIL STANDING ORDERS FOR MAGISTRATE JUDGE JOSEPH C. SPERO; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL; CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION; FILING PROCEDURES (SAN FRANCISCO);

3. By placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at MIDWAY CITY, California, addressed as follows:

   a. Date of Mailing:        January 12, 2017
   b. Place of Mailing:       MIDWAY CITY, CA
   c. Addressed as follows:   CHATHOUSE INC.
                              1949 Otis Dr
                              Alameda, CA 94501-5630

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at MIDWAY CITY, California in the ordinary course of business.

Fee for Service: $ 275.00
   JPL Process Service, LLC
   PO Box 918
   Midway City, CA 92655
   (866) 754-0520

I declare under penalty of perjury under the laws of the The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on January 12, 2017.

Signature: _____
           JEFF LANCASTER

**PROOF OF SERVICE BY MAIL**

Order#: 119561/mailproof